JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 25, 2010

Check No. 2006218

Check Amount: $3,518.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45484-R | 00026 | TROY E. & HELEN J. MASK | 11 | XXXXX60-5 | 5.81 | 0.00 | 5.81 |
| | | Original check written to: SHERMAN FINANCE CO. 309 NORTH CROCKETT SHERMAN, TX 75090 | | | | | |
| 05-40140-R | 00022 | BRAD & RUTH ANN MOORE | 23 | XXXXX9351 | 15.38 | 0.00 | 15.38 |
| | | Original check written to: FIRST MERIT MORTGAGE CORP. P. O. BOX 790 CLEVELAND, OH 44309 | | | | | |
| 05-43154-R | 10011 | FLOYD SCOTT & MARNIE L. VILLINES | 14 | XXXXX1300 | 194.58 | 0.00 | 194.58 |
| | | Original check written to: COMPASS BANK 8080 NORTH CENTRAL EXPRESSWAY THIRD FLOOR DALLAS, TX 75206 | | | | | |
| 08-41383-R | 00010 | SUSETTE PETERSON | 6 | 4203 | 924.47 | 706.45 | 1,630.92 |
| | | Original check written to: AMERICAS SERVICING CO ATTENTION: BANKRUPTCY 3476 ST. VIEW BLVD FORT MILL, SC 29715 | | | | | |
| 08-41383-R | 00015 | SUSETTE PETERSON | 14 | 4394 | 15.47 | 275.03 | 290.50 |
| | | Original check written to: RETAX FUNDING COMPANY 14785 PRESTON, STE 495 DALLAS, TX 75254 | | | | | |
| 08-41383-R | 00043 | SUSETTE PETERSON | 19 | 4203 | 224.01 | 147.65 | 371.66 |
| | | Original check written to: AMERICAS SERVICING CO ATTENTION: BANKRUPTCY 3476 ST. VIEW BLVD FORT MILL, SC 29715 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 25, 2010

Check No. 2006218

Check Amount: $3,518.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41447-R | 00010 | TIFFNEY L. MCADOO | 7 | XXXXX0000 | 0.00 | 0.86 | 0.86 |
| | | Original check written to: <br> CITY OF DESOTO <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 08-41447-R | 00012 | TIFFNEY L. MCADOO | 9 | XXXXX0000 | 0.00 | 1.35 | 1.35 |
| | | Original check written to: <br> DESOTO ISD <br> C/O LINEBARGER GOGGAN BLAIR <br> 2323 BRYAN STREET SUITE 1600 <br> DALLAS, TX 75201 | | | | | |
| 08-42518-R | 00016 | BRENT WAYNE HARTSELL | 3 | 1823 | 0.56 | 0.00 | 0.56 |
| | | Original check written to: <br> NELNET FOR COLLEGE ACCESS NETWORK <br> COLLEGE ACCESS NETWORK <br> 999 18TH, SUITE 425 <br> DENVER, CO 80202-1852 | | | | | |
| 09-40290-R | 00005 | AMERICO ALERS | 6 | 0302 | 0.00 | 2.91 | 2.91 |
| | | Original check written to: <br> PECAN CREEK HOMES, LLC <br> 2601 S MAYHILL RD <br> DENTON, TX 76208-5927 | | | | | |
| 09-42143-R | 00008 | SHANNON K SUTTEE | | XXXXX4848 | 1,004.00 | 0.00 | 1,004.00 |
| | | Original check written to: <br> GENESIS TEAM <br> 1000 NORTH CENTRAL EXPRESSWAY <br> RICHARDSON, TX 75080 | | | | | |
| | | | | **TOTALS** | **$2,384.28** | **$1,134.25** | **$3,518.53** |